UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-02856 JAK (RAOx) | Date | April 10, 2020 |
|---|---|---|---|
| Title | Jacob Robert Avery v. Bernzomatic, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER CLOSING ACTION

**JS-6: Case terminated**

On February 7, 2020, the Motion to Dismiss, or in the Alternative, Motion to Transfer (Dkt. 17) was granted. Dkt. 43. The action was dismissed without prejudice, but the dismissal was stayed until March 11, 2020. *Id.* at 7-8. Given that the time period for the stay has expired, this action is now closed.

**IT IS SO ORDERED.**

:

Initials of Preparer  cw